JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel.: (408) 292-1040
Fax.: (408) 292-1045

ATTORNEY FOR PLAINTIFFS

E-FILING
ORIGINAL FILED
JUN 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, ALDO ) Case No. C07 03442 CW
BACENAS, JAVIER VALLEJO RENTERIA, )
AMADOR MARTINEZ GONZALEZ, ) DEMAND FOR JURY TRIAL
SALVADOR GOMEZ RENTERIA, )
FERNANDO CABREA GUZMAN, )
ELIAZARB ROJAS BLANCAS, )
ALEJANDRO SANCHEZ MALDONADO, )
EDDY SAUL RAMOS, AND JUAN )
CARRILLO, )
      Plaintiffs, )
  vs. )
TODD GOLDRUM CONSTRUCTION, )
WAYNE IMAHARA, and DOES 1-10 )
)
Defendants )

Plaintiffs demands a jury trial.

                                  JAMES DAL BON
                                  DAL BON AND WANG
                                  12 South First Street #613
                                  San Jose, CA 95113