| | |
|---|---|
| JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZAR ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALAVADOR RENTERIA and EDDY SAUL RAMOS,<br>        Plaintiffs,<br><br>vs.<br><br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION, OSCAR RODRIGUEZ, JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, THOMAS BANGS, BYRON GREGORY, JUDETH GREGORY and DOES 1-10<br>        Defendants | Case No: C07-03442 CW<br><br>MOTION TO CHANGE CASE MANAGEMENT CONFERENCE |

This is an action on behalf of Plaintiffs move to continue the Case Management conference for the following reasons:

1) The present Case Management Conference is set for October 2, 2007.

2) This is a complicated case involving plaintiffs who built a house for a series of contractors who failed to pay them wages for their work. Since the plaintiffs do not speak English it has been difficult to properly identify the defendants.

3) On August 31, 2007 the Plaintiffs filed an amended complaint to more accurately identify the Defendants in this case.

4) The Plaintiffs are awaiting an amended summons to be issued by the court to serve the Defendants.

5) A further complication has occurred due to the two deaths in the family of the Plaintiff's attorney and that the Plaintiff's attorney was out of the country for 10 days.

6) Plaintiff respectfully requests that the Case Management Conference be moved to November 20, 2007 in order to give the Plaintiff's attorney more time to obtain an amended summons and serve the Defendants.

Dated October 1, 2007

Respectfully Submitted

___s/jdb_____

James Dal Bon

Dated:


IT IS SO ORDERED,


_____

Honorable United States Court District Judge

Claudia Wilken