AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-FILING

JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, (continued)

V.

TODD GOLDRUM dba TODD GOLDRUM CONSTRUCTION, OSCAR RODRIGUEZ dba GOLDRUM CONSTRUCTION, DERON GREGORY, JUDITH GREGORY JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, THOMAS BANGS, and DOES 1-10

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 03442**

Unexecuted

TO:

TODD GOLDRUM dba TODD GOLDRUM CONSTRUCTION, OSCAR RODRIGUEZ dba GOLDRUM CONSTRUCTION, DERON GREGORY, JUDITH GREGORY JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, THOMAS BANGS, and DOES 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

James Dal Bon Dal Bon & Wang
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-292-1045

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

7-2-07
DATE

Sandy Morris

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                          Signature of Server

                                                              _____
                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.