JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZAR ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALAVADOR RENTERIA and EDDY SAUL RAMOS,
    Plaintiffs,

vs.

TODD GOODRUM dba TODD GOODRUM CONSTRUCTION, OSCAR RODRIGUEZ, JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, THOMAS BANGS, BYRON GREGORY, JUDETH GREGORY and DOES 1-10
    Defendants

Case No: C07-03442 CW

PLAINTIFF'S SECOND MOTION TO CHANGE CASE MANAGEMENT CONFERENCE

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

This is an action on behalf of Plaintiffs move to continue the Case Management conference for the following reasons:

1) The present Case Management Conference is set for November 20, 2007.

2) This is a complicated case involving plaintiffs who built a house for a series of contractors who failed to pay them wages for their work. Since the plaintiffs do not speak English it has been difficult to properly identify the defendants.

3) On August 31, 2007 the Plaintiffs filed an amended complaint to more accurately identify the Defendants in this case.

4) Since the last Continued Case Management Conference Plaintiff's Counsel has managed to served Defendants JELA Investments dba TPA Signature Homes on November 9, 2007, Thomas

1 | Bangs on November 9, 2007, Judith Gregory on November 4, 2007, Byron Gregory on Novmber
2 | 4, 2007.

3 | 5) Plaintiff's counsel attempted to serve Todd Goodrum and Todd Goodrum Construction the
4 | address given for his company was not a valid one.

5 | 6) Plaintiff respectfully requests that the Case Management Conference be rescheduled to
6 | January 8, 2008. This will give the Defendants time to answer the complaint. It will also give
7 | Plaintiff's counsel more time to discover Defendant Todd Goodrum and Goodrum's
8 | Construction correct address. Plaintiff's counsel is hoping the co-defendants will help him
9 | discover the address once they respond to his complaint.

11 | Dated November 19, 2007
12 | Respectfully Submitted
13 | ___s/jdb___
14 | James Dal Bon
15 | Dated:

18 | IT IS SO ORDERED,

20 | _[signature]_   NOV 20 2007
21 | Honorable United States Court District Judge
22 | Claudia Wilken