FILED
RECEIVED

NOV 2 8 2007

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

Byron Gregory
Judeth Greco-Gregory
POB 13605
South Lake Tahoe, CA 96151

November 21, 2007

James Dal Bon
12 First Street, Suite 613
San Jose, CA 95113

Regarding Case No C0703442 CW

Sir:

In May of 2006 we contracted with Thomas Bangs to build our home at 1789 Durrow
Court, Vallejo. We obtained financing after an appraisal, based on the estimated cost
value of the home, was completed by the lender Washington Mutual Bank.

As certain construction keystones were met, at the initiation of Thomas Bangs,
Washington Mutual released funds directly to Mr. Bangs, who as contractor was
responsible for ensuring all aspects of the job were completed and all sub-contractors
were paid.

In October of 2006 we received notice of a lien by JJ Rebar, who had not received
payment from Goodrum Construction. This lien was released in June 2007 when JJ Rebar
received payment.

We respectfully request to be dropped as defendants in this case as we paid, via
Washington Mutual and personal funds, all billings presented to us by Thomas Bangs.
He, as contractor, is responsible for the proper disbursal of funds to the parties due.

Sincerely,

Byron Gregory and Judeth Greco-Gregory