```
JAMES DAL BON # 157942
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUE ET AL<br><br>Plaintiffs,<br><br>vs.<br><br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION ET AL<br><br>Defendants | Case No.: C06-00709 JW<br><br>**PLAINTIFFS' MOTION TO CHANGE CASE MANAGEMENT CONFERENCE**<br><br>Court       4<br>Hearing   1/8/08<br>Time       10:00 AM |

Plaintiff and Defendant move the Court to change the time for the case management conference for the following reasons:

1) The present Case Management Conference is set for January 8, 2008

2) This is Plaintiff's third and last request to change the Case Management Conference date.

3) Plaintiff requests one last continuance for three reasons:

    a) In December Plaintiff's counsel has split the partnership of Dal Bon and Wang. He will be representing the Plaintiffs from his new law firm The Law Offices of James Dal Bon 28 North 1st Suite 210, San Jose, CA 95113 (408)297-4729. Plaintiff's counsel need more time to Substitute in as Attorney of Record.

    b) Defendant Todd Goodrum is ducking service and the Plaintiff will move for more time to serve him. Plaintiff's process server will submit a sworn declaration of all attempts to serve the Defendant Todd Goodrum.

    c) Plaintiff and Defendant will stipulate to changing venue to the Eastern District

1. Federal Court since none of the Defendants apparently reside in the Northern District.

   d) Plaintiff and Defendant will stipulate to add the bonding company for Mr. Goodrum and probably dismiss the owners of the home, leaving only the contractors.

4) The parties move that the Case Management Conference be taken off calendar so that the aforementioned can be accomplished.

Respectfully Submitted:

January 7, 2008

*[signature]*
James Dal Bon for the Plaintiffs

*[signature]*
Douglas R Roeca for the Defendants
Jela Investments, Inc,
Thomas Bangs, Byron
Gregory, + Judith Gregory

1

2

3   IT IS SO ORDERED:

4

5   Dated: _____                By: _____
                                     United States District Court
6                                    Judge Claudia Wilken

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25