| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: (408) 292-1040 | FOR COURT USE ONLY |
|---|---|---|
| JAMES DAL BON, ESQ.<br>DAL BON & WANG<br>12 SOUTH FIRST STREET, SUITE 613<br>SAN JOSE, CA 95113 | | |
| ATTORNEY FOR (NAME) Plaintiff | | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff: JOSE GONZALEZ MANRIQUEZ, ET AL.

Defendant: TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, ET AL.

| REFERENCE NO.: 110778774 | **SKIPTRACE RESULTS INFORMATION SHEET** | CASE NUMBER: 07-03442 CW |
|---|---|---|

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 255 N. Market St., Ste. 246 San Jose, CA 95110. I received the within process on November 21, 2007 and that after due and diligent effort I have been unable to effect personal service on the within named **TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, INC.**

Residence address (H): 2836 CONBAR COURT, SACRAMENTO, CA 95826
Business address (B): UNKNOWN

<u>Below is a list of dates, times and details regarding efforts to effect service.</u>

11/21/2007 @ 10:00AM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE.
11/26/2007 @ 3:00PM - WE PERFORMED THE SKIPTRACE REQUESTED. THE SUBJECT STILL HAS AN ACTIVE LICENSE WITH THE CONTRACTORS STATE LICENSE BOARD AND THE ADDRESS LISTED WITH THE CSLB IS 2836 CONBAR COURT, SACRAMENTO, CA 95826 (THE ADDRESS WHERE SERVICE WAS ATTEMPTED IN OCTOBER 2007). WHEN THE CONBAR COURT ADDRESS WAS SKIPTRACED, THE SUBJECT WAS LISTED AS HAVING LIVED AT THIS ADDRESS FROM FEBRUARY 2005 THROUGH FEBRUARY 2007. WHEN SERVICE HAD BEEN ATTEMPTED AT THIS ADDRESS, DEBORAH KILLION (THE OCCUPANT WHO HAD ANSWERED THE DOOR AT THE CONBAR COURT ADDRESS WHEN WE HAD ATTEMPTED SERVICE ON THE SUBJECT) STATED THAT THE SUBJECT WAS UNKNOWN. HOWEVER, THE SKIPTRACE REVEALED THAT DEBORAH KILLION HAD ALSO GONE BY THE NAME DEBORAH GOODRUM. IT IS POSSIBLE THAT MS. KILLION WAS NOT BEING TRUTHFUL ABOUT KNOWING THE SUBJECT. THE MOST RECENT ADDRESS FOR THE SUBJECT IS 2908 17TH STREET, SACRAMENTO, CA 95818-3832 (MARCH 2004 - NOVEMBER 2007). IT IS RECOMMENDED THAT SERVICE BE RE-ATTEMPTED AT BOTH ADDRESSES AND SUBSERVICE IS PERFORMED TO ENSURE PROPER SERVICE OF PROCESS. THE SKIPTRACE RESULTS WERE SENT TO THE CLIENT VIA FACSIMILE TRANSMISSION.

Declarant:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:                                                    Signature: *Robina Alves*

I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. My business address is:
255 NORTH MARKET STREET, SUITE 246, SAN JOSE, CA 95110

I received the within process on: 12/15/2007
and that after due and diligent effort, I have been unable to effect personal service on:
TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, INC.
in the matter of: MANRIQUEZ, ET AL. v. GOODRUM, ET AL.
with copies of: SEE ATTACHMENT 1 ATTACHED HERETO AND INCORPORATED HEREIN

[X] Residence Address: 2836 CONBAR COURT
            SACRAMENTO, CA 95826

Dates and Times Attempted
12/16/07 @ 11:30AM; 12/19/07 @ 6:15PM; 12/22/07 @ 7:20PM; 12/23/07 @ 8:15AM; 12/26/07 @ 9:40AM; 12/28/07 @ 8:50PM; 12/30/07 @ 3:36PM; 01/02/08 @ 5:02PM; 01/04/08 @ 9:00PM; 01/06/08 @ 4:45PM

[ ] Business Address:

Dates and Times Attempted

Reason for Non-Service
DURING EACH ATTEMPT, THERE WAS NO ANSWER AT THE RESIDENCE. THERE WAS NO INDICATION THAT THERE WAS ANYONE HOME DURING OUR SERVICE ATTEMPTS. THE SUBJECT MAY BE OUT OF TOWN FOR THE HOLIDAYS.

Reason for Non-Service

I declare under penalty of perjury that the foregoing is true and correct. Fee:        [Recoverable per CCP § 1033.5(a)(4)(B)]
Executed on 01/07/2008                        at SAN JOSE, CA.

▶ _____
(SIGNATURE)

MC-025

| SHORT TITLE: MANRIQUEZ, ET AL. v. GOODRUM, ET AL. | CASE NUMBER: 07-03442 CW |

**ATTACHMENT** (Number): 1    Page 1 of 1
(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

1
2   FIRST AMENDED SUMMONS; FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL
3   CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE RE: CASE
4   MANAGEMENT CONFERENCES AND PRETRIAL CONFERENCES; STANDARD ORDER FOR
5   ALL JUDGES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER OF THE
6   CHIEF JUDGE; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
7   MANAGEMENT/DISMISSAL HEARING SCHDULES; DIRSTRICT COURT GUIDELINES
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  (If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™