JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

Tel (408)297-4729
Fax (408)297-4728

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUE ET AL<br><br>             Plaintiffs,<br><br>     vs.<br><br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION ET AL<br><br>        Defendants | Case No.: C07-03442 CW<br><br>DECLARATION OF JAMES DAL BON |

I James Dal Bon swear under penalty of perjury by the laws of the State of California that the following is true and correct based upon personal knowledge.

1)  I am the attorney representing the plaintiffs in this matter.

2)  Plaintiffs are all Spanish speaking day laborers living in Alameda and Contra Costa County.

3)  Plaintiffs allege Defendants hired Plaintiffs to build a house in Vallejo, California. Plaintiffs built the home for the Defendants for a two month period from August of 2006 to September of 2006.

4)  Plaintiffs filed a complaint against Todd Goldrum, Todd Goldrum Construction and other defendants on June 29, 2007.

5)  Due to Plaintiffs inability to speak English, Plaintiffs' attorney did not obtain the correct spelling of Todd Goldrum's name, nor the address of his shop.

6)   After a futile effort to find Todd Goldrum, Plaintiffs counsel reviewed similar sounding names from the state contractor web site.

7)  Plaintiffs agreed that the name was most likely "Todd Goodrum".

tg000001jdblaw

Declaration

8) Therefore we amended the complaint to change the name to Todd Goodrum doing business as "Todd Goodrum Construction" in August of 2007.

9) Exhibit 1 are pages pulled by myself from the California State Contractor's License Board

10) Exhibit 2 is a correct copy of the e-mail Plaintiff's counsel received on December 7, 2007 Plaintiff's from the attorney representing Thomas Bangs, Jela Investments, Byron Gregory and Judith Gregory.

11) Exhibit 3 is a copy of the attempts by one of plaintiffs' process servers to find and serve Todd Goodrum.

12) Exhibit 4 is a true copy of the contracts sent to Plaintiff's counsel concerning the contracts between the Defendants.

13) Exhibit 5 is a true copy of the proposed Second Amended Complaint.


March 7, 2008


_____s/jdb_____

# EXHIBIT 1







Skip to: **CSLB Home** | **Content** | **Footer** | **Accessibility**

Search CSLB [ ] GO

| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |
|---|---|---|---|---|---|---|

## WHAT YOU CAN DO

CONTRACTOR'S LICENSE DETAIL

About CSLB

CSLB Newsroom

Board and Committee Meetings

Disaster Information Center

CSLB Library

Frequently Asked Questions

Online Services

- Check A License or HIS Registration

- Filing a Construction Complaint

- Processing Times

- Check Application Status

- Search for a Surety Bond Insurance Company

- Search for a Workers' Compensation Company

How to Participate

⚠️ *DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations:*

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | | |
|---|---|---|---|
| **License Number:** | 794864 | **Extract Date:** | 02/29/2008 |

| | |
|---|---|
| **Business Information:** | GOODRUM BUILDERS |
| | 2836 CONBAR COURT |
| | SACRAMENTO, CA 95826 |
| | Business Phone Number: (916) 662-0080 |
| **Entity:** | Partnership |
| **Issue Date:** | 05/08/2001 |
| **Expire Date:** | 05/31/2009 |
| **License Status:** | This license is current and active. **All information below should be reviewed.** |

| **Classifications:** | CLASS | DESCRIPTION |
|---|---|---|
| | B | GENERAL BUILDING CONTRACTOR |

**Bonding:**

CONTRACTOR'S BOND

This license filed Contractor's Bond number **41120554** in the amount of **$12,500** with the bonding company PLATTE RIVER INSURANCE COMPANY.

**Effective Date:** 01/01/2008

Contractor's Bonding History

BOND OF QUALIFYING INDIVIDUAL

1. A qualifying partner is **not** required to post a bond of qualifying individual.

| **Workers' Compensation:** | This license has workers compensation insurance with the STATE COMPENSATION INSURANCE FUND |
|---|---|
| | **Policy Number:** 1738373 |
| | **Effective Date:** 04/19/2003 |
| | **Expire Date:** 04/01/2008 |
| | Workers' Compensation History |

Personnel listed on this license (current or disassociated) are listed on other licenses.

[ Personnel List ] [ Other Licenses ]

Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info

CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California

tg000004jdblaw



**CONTRACTOR'S BONDING HISTORY**

**Contractor License #:**    794864

**Contractor Name:**    GOODRUM BUILDERS

| SURETY COMPANY | BOND # | BOND AMOUNT | EFFECTIVE DATE | CANCELLATION DATE |
|---|---|---|---|---|
| PLATTE RIVER INSURANCE COMPANY | 41120554 | $12,500 | 01/01/2008 | |
| SURETY COMPANY OF THE PACIFIC | 6339337 | $12,500 | 01/01/2007 | 01/01/2008 |
| SURETY COMPANY OF THE PACIFIC | 6339337 | $10,000 | 12/22/2004 | 01/01/2007 |
| STAR INSURANCE COMPANY | CLB3000156 | $10,000 | 01/01/2004 | 12/22/2004 |
| STAR INSURANCE COMPANY | CLB3000156 | $7,500 | 01/05/2001 | 01/01/2004 |

print  |  >> close window <<

tg000005jdblaw

Skip to: CSLB Home | Content | Footer | Accessibility

Search CSLB [ GO ]




| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |

**WHAT YOU CAN DO**

CONTRACTOR LICENSE PERSONNEL LIST

About CSLB

CSLB Newsroom

Board and Committee
Meetings

Disaster Information
Center

CSLB Library

Frequently Asked
Questions

Online Services

● Check A License or
   HIS Registration

● Filing a Construction
   Complaint

● Processing Times

● Check Application
   Status

● Search for a Surety
   Bond Insurance
   Company

● Search for a Workers'
   Compensation
   Company

How to Participate

_<< Return to License Detail_

**Contractor License #:** 794864

Click on the person's name to see a more detailed page of information on that person.

| NAME | TITLE | ASSOCIATION DATE | DISASSOCIATION DATE | CLASS | MORE CLASS |
|------|-------|------------------|---------------------|-------|------------|
| JOHN GOODRUM | QUALIFY PARTNER | 05/08/2001 | | B | More |
| TODD MICHAEL GOODRUM | GENERAL PARTNER | 05/08/2001 | | | |

Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info
CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California

tg000006jdblaw



INSURANCE COMPANY INFORMATION

**SURETY COMPANY INFORMATION**

| | |
|---|---|
| **Surety Company Code:** | B01 |
| **Company Information:** | SURETY COMPANY OF THE PACIFIC |
| | P O BOX 10289 |
| | VAN NUYS, CA 91410-0289 |
| | (800) 537-1819 |

print   |   >> close window <<

tg000007jdblaw

# EXHIBIT 2

DOUGLAS R. ROECA
ATTORNEY AT LAW

3062 CEDAR RAVINE ROAD, PLACERVILLE, CA 95667
TELEPHONE (530) 626-2511 FACSIMILE (530) 626-2514
EMAIL droeca@droecalaw.com

FACSIMILE TRANSMISSION

November 27, 2007

Mr. James Dal Bon                                                    (408) 292-1045
Dal Bon & Wang

Re:  Manriquez v. Goodrum: Extension of Time to Respond
     Our File No. 11,926

Dear Mr. Don Bon:

        This is to confirm that you have granted a twenty day extension of time to Thomas
Bangs, Jela Investments, Inc., Byron Gregory, and Judith Gregory, to respond to your complaint.
As the 20th day expires on Sunday, December 16th, I will calendar Monday, December 17, 2007,
as the last day to respond to the complaint.  Thank you for your courtesy.

        The contact information my client has for John and Todd Goodrum is as follows:
2836 Conbar Court, Sacramento, CA 95826; phone number: 916-719-0446; 916-498-9894.  The
attorney the Goodrums used was: David J. Bader, 3838 Watt Ave, Suite C-301, Sacramento, CA
95821, 916-331-9193.

        I would ask that you reconsider your claim against my clients.  The Gregorys are
simply individuals who engaged Jela Investments to construct a home.  They did not contract
with Goodrum and do not fit within the scope of Labor Code §2810.  Nor, for that matter, does
Jela Investments.  The code imposes liability on the contractor when "he knows or should know
that the contract or agreement does not include funds sufficient to allow the contractor to
comply" with the law.  That is not the case here.  Jela Investments, as the general contractor,
hired Goodrum to install the foundation.  The contract was for $256,000, which was ample
money to perform the work and make a sizable profit.  Jela Investments paid Goodrum in
accordance with the contract.  However, shortly before the final payment was due, Mr. Bangs
discovered Goodrum had not been paying his subs.  Jela Investments had to advance
approximately $10,000 of its own funds to clear a mechanic's lien from the property.

        As a result of Goodrum's activities, my client brought action against Goodrum
with the Contractors State License Board, as well as against Goodrum's bond.  He obtained a
binding arbitration award against Goodrum in the amount of $4,325.  Goodrum paid the award,
probably because his bonding company was after him to do so.  I am enclosing herewith a copy
of the arbitration award that sets forth some of the details of the contract between my client and
Goodrum.

Mr. James Dal Bon
Dal Bon & Wang
November 27, 2007
Page 2

      You have more practical and fruitful avenues to pursue than baseless claims against my clients.  In failing to pay your clients, Goodrum clearly violated Business & Professions Code §§7108 and 7120, which subjects him to disciplinary action.  Not only that, his willful failure to pay your clients is a felony under Penal Code §484b.  With these weapons in your arsenal, your most expeditious means to recover payment for your clients would be a claim against the bonding company for willful failure to pay, a complaint made to the Solano County Sheriff, and a disciplinary proceeding before the licensing board.  For your information, the contact information for Goodrum's bonding company is:

           Surety Company of the Pacific
           P.O. Box 10289
           Van Nuys, CA. , 91410-0289
           Phone: 818-609-9232
           Bond Principal : John Goodrum Construction  #  6339338
           Bond Principal : Todd Goodrum Construction A Partnership  # 6339337.

      I am requesting that you reconsider your action against my clients.  They have done nothing wrong and were victims as much as were your clients.  We can and well give you any and all information you desire to assure yourself that the contract between Goodrum and Jela clearly satisfied the criteria of Labor Code §2810.  Please consider this and give me a call.

      I will look forward to hearing from you.

                    Very truly yours,

                    DOUGLAS R. ROECA

DRR/mjh
cc: client
    David Bader
Enclosure



**Arbitration Award**
**Contractors State License Board Arbitration Program**

**CSLB Case Number: AN2007-019**

Thomas Bangs
PO Box 569
Placerville, CA 95667

John Goodrum
Goodrum Builders
2836 Conbar Court
Sacramento, CA 95826
License #: 794864

TO THE ABOVE PARTIES AT INTEREST, IN THE MATTER OF CSLB CASE NO: _AN2007-019
The undersigned Arbitrator, in accordance with California Business and Professions Code
§7085, has investigated and considered all the material facts and available information
pertaining to this case, and has decided upon a final and binding Arbitration Award as
described below.

| DECISION | REMEDY |
|---|---|
| Claim for cost to complete foundation project: $756.00 Earth Systems 06/06/06; $94.00 Central Valley 9/5/06; $41.00 Home Depot 9/8/06; $6,829.50 Contract Completion 12/19/06; $996.00 (partial award) Respondent charges 6/15/07; $648.00 column fix 7/1/07. | $    9,364.50 |
| Claim for McCollum Engineering 5/16/06 and Respondent office hours 08/01/06. | $    0.00 |
| Claim for attorney fees and costs are outside the jurisdiction of the CSLB Arbitration Program. | |
| Less contract balance due Respondent ($256,000.00 plus $1,331.00 in awarded extras equals new contract amount of $257,331 minus $11,582.00 awarded pier depth deductions minus $243,210.03 payment to Respondent and his vendors). | (    2,538.97) |
| Less offsets for stakes, tools, steel and lumber left at jobsite due Respondent. | (    2,500.00) |
| **TOTAL:** | **$    4,325.53** |

☒  Respondent shall pay the Complainant the Sum of **$4,325.53**

☒  **Other: Complainant shall release the claim to the Respondent's Bond upon satisfaction of this Award.**

THIS ARBITRATION AWARD SHALL BE VALID AND BINDING UPON ALL PARTIES CONCERNED.
PARTIES SHALL HAVE THIRTY (30) DAYS FROM DATE OF THIS AWARD TO SATISFY REMEDIES.

SIGNED:    *Mark Lopez*                    **DATE: 09/04/2007**
          **ARBITRATOR Lopez, Mark**

WWW.AMCCENTER.COM
(800) 645-4874

6355 Topanga Canyon Blvd., Suite 620
Woodland Hills, CA 91367
(818) 716-0004  Fax: (415) 946-3485

# EXHIBIT 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)    TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| JAMES DAL BON, ESQ.    (408) 292-1040<br>DAL BON & WANG<br>12 SOUTH FIRST STREET, SUITE 613<br>SAN JOSE, CA 95113<br>ATTORNEY FOR (NAME) Plaintiff | |

| Insert name of court and name of judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Plaintiff :<br>JOSE GONZALEZ MANRIQUEZ, ET AL. |
| Defendant :<br>TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, ET AL. |

| REFERENCE NO.:<br>110778774 | SKIPTRACE RESULTS INFORMATION SHEET | CASE NUMBER:<br>07-03442 CW |
|---|---|---|

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action.  My business address is: 255 N. Market St., Ste. 246 San Jose, CA  95110.  I received the within process on    November 21, 2007 and that after due and diligent effort I have been unable to effect personal service on the within named **TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, INC.**

Residence address (H):2836 CONBAR COURT, SACRAMENTO, CA 95826
Business address    (B):UNKNOWN

Below is a list of dates, times and details regarding efforts to effect service.

11/21/2007 @ 10:00AM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE.

11/26/2007 @ 3:00PM - WE PERFORMED THE SKIPTRACE REQUESTED.  THE SUBJECT STILL HAS AN ACTIVE LICENSE WITH THE CONTRACTORS STATE LICENSE BOARD AND THE ADDRESS LISTED WITH THE CSLB IS 2836 CONBAR COURT, SACRAMENTO, CA 95826 (THE ADDRESS WHERE SERVICE WAS ATTEMPTED IN OCTOBER 2007).  WHEN THE CONBAR COURT ADDRESS WAS SKIPTRACED, THE SUBJECT WAS LISTED AS HAVING LIVED AT THIS ADDRESS FROM FEBRUARY 2005 THROUGH FEBRUARY 2007.  WHEN SERVICE HAD BEEN ATTEMPTED AT THIS ADDRESS, DEBORAH KILLION (THE OCCUPANT WHO HAD ANSWERED THE DOOR AT THE CONBAR COURT ADDRESS WHEN WE HAD ATTEMPTED SERVICE ON THE SUBJECT) STATED THAT THE SUBJECT WAS UNKNOWN.  HOWEVER, THE SKIPTRACE REVEALED THAT DEBORAH KILLION HAD ALSO GONE BY THE NAME DEBORAH GOODRUM.  IT IS POSSIBLE THAT MS. KILLION WAS NOT BEING TRUTHFUL ABOUT KNOWING THE SUBJECT.  THE MOST RECENT ADDRESS FOR THE SUBJECT IS 2908 17TH STREET, SACRAMENTO, CA 95818-3832 (MARCH 2004 - NOVEMBER 2007).  IT IS RECOMMENDED THAT SERVICE BE RE-ATTEMPTED AT BOTH ADDRESSES AND SUBSERVICE IS PERFORMED TO ENSURE PROPER SERVICE OF PROCESS.  THE SKIPTRACE RESULTS WERE SENT TO THE CLIENT VIA FACSIMILE TRANSMISSION.

Declarant:
ROBINA ALVES

Fee:
Registered California process server.
County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:                                        Signature: *Robina Alves*

I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. My business address is:
255 NORTH MARKET STREET, SUITE 246, SAN JOSE, CA 95110

I received the within process on: 12/15/2007
and that after due and diligent effort, I have been unable to effect personal service on:
TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, INC.
in the matter of: MANRIQUEZ, ET AL. v. GOODRUM, ET AL.
with copies of: SEE ATTACHMENT 1 ATTACHED HERETO AND INCORPORATED HEREIN

[X] Residence Address: 2836 CONBAR COURT
                            SACRAMENTO, CA 95826

**Dates and Times Attempted**

12/16/07 @ 11:30AM; 12/19/07 @ 6:15PM; 12/22/07 @
7:20PM; 12/23/07 @ 8:15AM; 12/26/07 @ 9:40AM;
12/28/07 @ 8:50PM; 12/30/07 @ 3:36PM; 01/02/08 @
5:02PM; 01/04/08 @ 9:00PM; 01/06/08 @ 4:45PM

[ ] Business Address:

**Dates and Times Attempted**

**Reason for Non-Service**

DURING EACH ATTEMPT, THERE WAS NO ANSWER AT THE
RESIDENCE. THERE WAS NO INDICATION THAT THERE WAS
ANYONE HOME DURING OUR SERVICE ATTEMPTS. THE
SUBJECT MAY BE OUT OF TOWN FOR THE HOLIDAYS.

**Reason for Non-Service**

I declare under penalty of perjury that the foregoing is true and correct. Fee:            [Recoverable per CCP § 1033.5(a)(4)(B)]
Executed on 01/07/2008                at SAN JOSE, CA.

▶ _____
                                 (SIGNATURE)

MC-025

ATTACHMENT (Number): 1

(This Attachment may be used with any Judicial Council form.)

Page 1 of 1
(Add pages as required)

1
2  FIRST AMENDED SUMMONS; FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL

3  CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE RE: CASE

4  MANAGEMENT CONFERENCES AND PRETRIAL CONFERENCES; STANDARD ORDER FOR

5  ALL JUDGES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER OF THE

6  CHIEF JUDGE; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE

7  MANAGEMENT/DISMISSAL HEARING SCHDULES; DIRSTRICT COURT GUIDELINES

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  (If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

EXHIBIT

# *T.P.B.*

## SIGNATURE HOMES
P.O. Box 569, Placerville, CA.  95667    (530) 626-7296

# GREGORY RESIDENCE

1789 Durrow Ct., Vallejo, CA.
Lot # 15, "Hiddenbrooke" subdivision

April 24, 2006

# CONTRACT AGREEMENT

I.   Contract / Proposal Page
II.   Contract Clauses / Agreements
III.  Scope of Work Specifications

# *T.P.B.*

## SIGNATURE HOMES

P.O. Box 569, Placerville, CA.  95667     (530) 626-7296

# I.  CONTRACT / PROPOSAL PAGE

(Total 1 page)

April 24, 2006

# *T.P.B.*

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville                                                                                          Napa

. . . . . **CONTRACT / PROPOSAL** . . . . .

Proposal submitted to :                                                April 24, 2006

Byron Gregory & Judeth M. Greco-Gregory          Phone : (530) 577-8107
P.O. Box 13605                                                  Job Name : "Gregory Residence "
South Lake Tahoe, CA.                                       Job Location : Lot #15, Durrow Ct.
            96151                                                        Hidden Brook Subdivsion
                                                                          Vallejo, CA.
Designer/Architect : T.P.B. Signature Homes, Thomas P. Bangs (Architectural Designer)
      Job Phones : (530) 626-7296, office phone & fax          (530) 306-3986, cell

---

We hereby submit specifications and estimates for :

The **Gregory Residence** complete as per plans and attached contract including "Scope of Work" specs. (1-6) submitted herewith at 1789 (Lot #15) Durrow Ct., Vallejo, CA.  All work to meet or exceed all applicable local city, county and state building codes.

Owner is responsible for obtaining "Course of Construction" insurance prior to start of construction covering this project satisfactorily to the owner's, builder's and lending institution's, (if applicable) approval.

T.P.B. Signature homes will carry Workman's Compensation insurance for employees working on this project.

All Extras/Additions will be paid for in advance and separate contracts drawn up as they occur as per attached "Contract Clauses / Agreements".

In the event of a suit or action in connection with any controversy between parties of this contract, the prevailing party of said suit or action shall be entitled to, in addition to actual recovery costs, such sums the court may adjudge reasonable as attorney fees.

---

We hereby propose to furnish all material and labor,  complete in accordance with the above specifications for this contract, for the sum of :          **$ 1,201,232.00**

    **"One million two hundred one thousand two hundred thirty-two and 0/100ths dollars"**

Payments to be made as follows : Through builder approved bank draw schedule

---

Respectfully submitted;                                               4/24/06
      T.P.B. Signature Homes
      Thomas P. Bangs, agent for                              Date

Acceptance of Contract;                                          4/24/6
      Byron Gregory, owner                                      Date

      Judeth M.Greco-Gregory, owner                    4/24/06
                                                                          Date

This proposal may be withdrawn by us if not accepted within (14) days or construction has not started
within 45 days.

# T.P.B.

## SIGNATURE HOMES

P.O. Box 569, Placerville, CA. 95667    (530) 626-7296

# III.  SCOPE OF WORK
# SPECIFICATIONS

(Total 7 pages)

April 24, 2006

# 𝒥.𝒫.ℬ.

## ---------- SIGNATURE HOMES ----------
#### A Division of **Jela** Investments Inc.
### Design / Construction / Development
#### CA. Lic. # 435541

Placerville _____ Napa

## SCOPE OF WORK / SPECIFICATIONS
## GREGORY RESIDENCE

1. Plans - Specs. - Arch Services : not included, builder's construction copies only and previous revision/correction copies

2. Building Permit / Fees : not included , owner supplied

3. Temporary Facilities / Utilities : Builder to supply Porta-Pot only. Owner to pay for and supply water and electrical power for job duration. Builder to supply 3' stub from foundation perimeter of all utilities as needed. Maximum water costs per month for owner to be $ 85.00, Builder to pay additional costs therefrom.

4. Grading / Excavating : Builder to install rough-in grading for house perimeter, compact and fill front yard areas from house foundation to front street curb line, and supply $ 2400 allowance for final finished grade.

5. Drainage / Inclusion Fees : Builder to supply a $ 8,000 allowance for all drainage systems, including but not all inclusive of the retaining wall systems, foundation systems, downspout systems, perimeter surface drain systems, driveway systems, etc., for entire project.

6. Driveway Subgrade / Rough-in : Builder to place dirt fill, compact, and install 6" rock base for front driveway / parking areas.

7. Retaining Walls : Builder to supply a $ 56,000 allowance for installation of all needed retaining walls on the house foundation or any walls needed outside the house foundation perimeter.

8. Foundation / Garage Slab : Builder to supply a $ 195,000 allowance for the house foundation as shown on plans and specs., Garage slab included in # 9 below. Inspections other than the standard City of Vallejo Building Dept. All other inspections

tg000021jdblaw

# 𝒥.𝒫.ℬ.

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville _____ Napa

required to be be supplied and paid for by owner.

9.  Flatwork / Concrete : Builder to supply $ 24,500 allowance for all concrete flatwork including but not limited to walks, front porch area, driveway, parking areas, landing pads, garage slabs, stairs etc.

10.  Alarm /T.V. / Phone : Builder to install (5) standard phone jacks, (3) standard T.V. jacks. Builder to provide $ 8,000 allowance for complete alarm system. Builder to provide $ 5,000 allowance for complete central vacuum system.

11.  Fireplace : Builder to install (1) 36" "Superior" fireplace and flue system in the master bedroom.

12.  Fireplace surround / Finish : Builder to install (1) paint grade mantel system finish for the master bedroom fireplace.

13.  Masonry / Veneer : Builder to supply a $ 10,200 allowance for all rock veneer areas as per plans.  Allowance costs includes use of Napa Valley Fieldstone rock.

14.  Waterproofing : Builder to supply $ 4,800 allowance for water proofing of front porch areas, garage slabs, garage door porch area, rear decks and stairs finished with system, standard color chosen by owner, light sand texture.

15.  Front Deck Systems : Builder to supply a $ 15,500 allowance for the finished front deck system complete.

16.  Lumber : Rough : Builder to supply all rough lumber as per plans and engineering specs.  Builder to install "Tyvek" wrap on all walls of living space.  Builder to install ½ wall between kitchen and living room spaces.

17.  Lumber : Finish : Builder to supply finish woods as per plans including but

tg000022jdblaw  

# 𝒯.𝒫.ℬ.

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

## Design / Construction / Development

CA. Lic. # 435541

Placerville                                                                                      Napa

not limited to, soffit overhangs, exterior beams, stair trellis,
shutters, stair and wall caps, etc.

18. Carpentry : Rough                : as per plans

19. Carpentry : Finish               : as per plans including install of paint grade doors with
                                     31/8" casings, 3-1/2" baseboards, wood window jambs with
                                     2-1/4" casings.  Lower crawl space area door and windows
                                     not included.

20. Builder's Hardware               : Builder to supply all building hardware as per plan and
                                     engineering specs.

21. Trusses                          : Builder to supply and install all trusses as per plans and
                                     specs.

22. Roof Cover                       : Builder to install (1) layer of Grace Basik 60 ml
                                     underlayment, then "Eagle" concrete S tile roof system as
                                     per manufacture's installation specs.  Owner to choose
                                     from standard colors.

23. Plumbing ; Rough-in / Set Finish: Builder to supply and install plumbing system with  all
                                     standard plumbing fixtures, equipment, and appliances as
                                     per plans.  Builder to eliminate standard  water heater system
                                     and install dual (2) Rinnai on-demand water heating systems.
                                     Builder to install Garage sink and washing machine hookup.

24. Plumbing ; Fixtures              : Builder to supply a $ 10,539 job-site delivered allowance
                                     for all standard plumbing fixtures.

25. Bathroom Finishes / Accessorie : Builder to supply a $ 1,800 installed allowance for all
                                     bathroom finishes / accessories including shower doors,
                                     bathtub/shower doors, towel bars, toilet paper holders,
                                     towel rings, mirrors, robe hooks, etc.

tg000023jdblaw





# *J.P.B.*

## ---------- SIGNATURE HOMES ----------
A Division of **Jela** Investments Inc.

### Design / Construction / Development
CA. Lic. # 435541

Placerville _____ Napa

26. Heating and Air Conditioning : Builder to install HVAC system as per plans and Title 24 specs with two separate units and thermostats.

27. Septic Tank / Sewer Hookup : Builder to supply a $ 2,800 allowance for the sewer line install and hookup from the 3' foundation perimeter

28. Well, Pump / Water Hookup : Builder to supply a $ 1,200 allowance for the water line install and hookup from the 3' foundation perimeter stub out.

29. Electrical ; Rough-in / Set finish : Builder to install electrical system as per plans and install standard electrical fixtures as per plans. Builder to install (3) step light systems, 220v circuit to sauna room, GFI power strip install in kitchen, and a $ 865 allowance for a Generator hookup system in Garage.

30. Electrical ; Fixtures : Builder to supply a $ 12,000 job site delivered allowance.

31. Garage Door / Opener : Builder to supply and install (2) single car metal paint grade garage doors with openers as per plans.

32. Sheet Metal / Flashings / Gutters: Builder to supply neccessary flashings and sheet metal as per plans, 5-1/4" metal facia style gutters, 2"x3" downspouts.

33. Insulation / Weatherstripping : Builder to install insulation and required weatherstripping devices as per plans and Title 24 specs.

34. Windows - Sliding Doors - Screens : Builder to supply installed allowance for all windows, sliding doors, patio / french doors of $ 24,497.

35. Doors / Trims : Builder to supply and install as per # 17 above all doors and interior trims. Interior Doors to be 4-panel paint grade solid core doors. Front Door to be solid fir, stainable or painted, all other exterior doors to be paint grade metal 6-panel doors sized as plans.

tg000024jdblaw          *TPB*          

# 𝒥.𝒫.ℬ.

## ---------- SIGNATURE HOMES ----------

A Division of **Jela** Investments Inc.

### Design / Construction / Development

CA. Lic. # 435541

Placerville                                                                                                    Napa

36. Scaffold : Builder to install scaffold system during construction as needed

37. Interior Sheetrock : Builder to install sheetrock as per plans, finish to be "medium hand troweled" old plaster look texture.

38. Stucco Flashings / Waterproofing : Builder to install necessary flashings and waterproofing systems for stucco application.

39. Exterior Walls / Stucco : Builder to install exterior stucco as per plans. All trims as per plans. Stucco system to be 3-coat, standard color, semi-smooth finish texture.

40. Painting / Wall Paper : Builder to supply a complete finished painting allowance of $ 26,350 for all exterior and interior painting/finishing.

41. Finish Hardware : Builder to supply job-site delivered Finish Hardware allowance of $ 1,600 for all finish hardware on doors and cabinets.

42. Cabinets : Builder to supply a $ 48,706 total finished installed allowance for all cabinetry work.

43. Built-in appliances / Equipment : Builder to supply a job-site delivered allowance of $ 9,500 for all standard appliances and/or equipment.

44. Tile / Stone : Builder to supply $ 32,642 allowance to install tile and stone in the following areas as per plans ;
Granite : Slabs ; $9.00 per ft. material allowance
        Areas ; Kitchen countertops
Tile ; $ 4.00 per ft. material allowance
        Areas ; Master Bath shower, tub surround, counters, floor.
        Powder Room floor
        Bath 2 shower/tub surround, counter, floor

 



**---------- SIGNATURE HOMES ----------**

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville _____ Napa

Laundry counter
Kitchen Floors

45. Carpet / Hardwood

: Builder to supply installed finished allowance for finished flooring of $ 9,350 for all areas of finished flooring excluding the above mentioned floor areas of tile in # 44.

46. Landscape / Fences

: Barbeque system allowance = $ 2,000

47. Clean up

: Builder to provide for construction clean up for job duration with common standard cleanup procedures and final interior construction cleaning.  Note that if the City of Vallejo require extraordinary recycling/cleanup and debris removal measures additional costs will be charged and is the owner's responsibility

48. Insurance

: Builder to have in place Workman's Compensation Insurance for employees of TPB Signature Homes and General Liability Insurance for this contract.

49. Supervision

: Builder to supervise and direct all work necessary to complete this contract for the estimated ten month building duration.

50. Contingency

: Builder contingency fund, (2%) is part of the builder's compensation and will also be used to compensate builder for any cost overruns not foreseen in this contract and is non-refundable to the owner.

51. Profit / Overhead

: (15%) Builder compensation for completion of this contract as per plans, specs, City and/or County Building Dept. Requirements.

tg000026jdblaw

# GREGORY                    COSTS BREAKDOWN                    04/24/06

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Plans - Specs. - Arch Services | Imperial Printing / Blueprints / Copies | $750.00 | 1 |
| 2 | Building Permit / Fees | owner supplied | $0.00 | 2 |
| 3 | Temporary Facilities / Utilities | Porta-Pot; (water/power owner supplied) | $1,200.00 | 3 |
| 4 | Grading / Excavating | McCollum General Engineering | $13,200.00 | 4 |
| 5 | Drainage - Inclusion Fees | TPB - sytem allowance | $8,000.00 | 5 |
| 6 | Driveway Subgrade / Rough-in | McCollum General Engineering | $3,600.00 | 6 |
| 7 | Retaining Walls | Faber Construction / TPB | $56,000.00 | 7 |
| 8 | Foundation / Garage Slab | Faber Construction | $195,000.00 | 8 |
| 9 | Flatwork - Concrete | Delgado Masonry / Concrete | $24,500.00 | 9 |
| 10 | Alarm / T.V. / Phone | Western Sierra Electric | $13,150.00 | 10 |
| 11 | Fireplace | Sacramento Building Products | $1,750.00 | 11 |
| 12 | Fireplace Surround / Finish | Sacramento Building Products | $1,000.00 | 12 |
| 13 | Masonry : Veneer | Delgado Masonry / Concrete | $10,200.00 | 13 |
| 14 | Waterproofing | Capitol Seamless Floors | $4,800.00 | 14 |
| 15 | Front Deck System | TPB / Central Valley | $15,500.00 | 15 |
| 16 | Lumber : Rough | Central Valley Building Supply | $86,500.00 | 16 |
| 17 | Lumber : Finish | Central Valley Building Supply | $4,500.00 | 17 |
| 18 | Carpentry : Rough | TPB | $68,000.00 | 18 |
| 19 | Carpentry : Finish | TPB | $20,506.00 | 19 |
| 20 | Builder's Hardware | Central Valley Building Supply | $4,800.00 | 20 |
| 21 | Trusses | Hopkins Truss | $14,240.00 | 21 |
| 22 | Roof Cover | Advanced Roofing | $29,900.00 | 22 |
| 23 | Plumbing ; Rough-in / Set Finish | Advanced Plumbing | $25,483.00 | 23 |
| 24 | Plumbing ; Fixtures | Ferguson | $10,539.00 | 24 |
| 25 | Bathroom finishes / Accesories | Home Depot / Gold Hill Glass | $1,800.00 | 25 |
| 26 | Heating and Air Conditioning | Signature HVAC | $17,300.00 | 26 |
| 27 | Septic Tank / Sewer Hookup | Advanced Plumbing | $2,800.00 | 27 |
| 28 | Well, Pump / Water Hookup | Advanced Plumbing | $1,200.00 | 28 |
| 29 | Electrical ; Rough-in / Set Finish | Western Sierra Electric | $17,100.00 | 29 |
| 30 | Electrical ; Fixtures | Hobrecht Lighting | $12,000.00 | 30 |
| 31 | Garage Door / Opener | California Overhead Doors | $3,400.00 | 31 |
| 32 | Sheet Metal / Flashings / Gutters | Advanced Roofing , Signature HVAC | $14,000.00 | 32 |
| 33 | Insulation / Weatherstripping | Sacramento Building Products | $6,100.00 | 33 |
| 34 | Windows - Sliding Doors - Screens | Gold Hill Glass | $24,497.00 | 34 |
| 35 | Doors ; Interior Trims | Sierra Door and Supply | $8,891.00 | 35 |
| 36 | Doors ; Exteriors | Reisinger Stucco - Scaffolding | $12,500.00 | 36 |
| 37 | Interior Sheetrock | Lindquist Drywall | $32,000.00 | 37 |
| 38 | Stucco Flashings / Waterproofing | TPB / Reisinger | $3,500.00 | 38 |
| 39 | Exterior Walls / Stucco | Reisinger Stucco | $88,700.00 | 39 |
| 40 | Painting / Wall Paper | Soetaert Quality Painting | $26,350.00 | 40 |
| 41 | Finish Hardware | Sierra Door and Supply | $1,600.00 | 41 |
| 42 | Cabinets | Tri-County Cabinets | $48,706.00 | 42 |
| 43 | Built-in Appliances - Equipment | Masters Appliances | $9,800.00 | 43 |
| 44 | Tile / Stone | Fowler Tile / Stone | $32,642.00 | 44 |
| 45 | Carpet / Hardwood | Marsh's Carpets | $9,350.00 | 45 |
| 46 | Landscape / Fences | Barbeque Allowance | $2,000.00 | 46 |
| 47 | Clean up | TPB | $4,200.00 | 47 |
| 48 | Insurance | Benton Insurance | $9,200.00 | 48 |
| 49 | Supervision | TPB - 10 mos X 2801 | $28,010.00 | 49 |
| 50 | Contingency | 2% of #1 - #48 ($1,002,754) | $20,055.00 | 50 |
| 51 | Profit / Overhead | 15% of #1 - #48 ($1,002,754) | $150,413.00 | 51 |
| 52 | **TOTAL** | | **$1,201,232.00** | 52 |



# Todd Goodrum Construction

General Contractor

2836 Conbar Court
Sacramento, CA 95826
Cal Lic# 794864
916-662-0080

Jela Investments Inc. dba T.P.B. Signature Homes
P.O. Box 569
Placerville, CA 95667

Re: Byron & Judeth Gregory
1789 Durrow Ct.
Vallejo, CA 94590

This bid is as per Vallejo City Approved Plans:
Philleppi Engineering

Dated: May 2, 2006

Bid to include: Pier Drilling, Footings, Steel & Concrete Placement and Retaining Walls.
Exclusions are: Waterproofing, Surveying, Engineering, and Inspections.

Provide equipment and man power to do the following work.
Drill 76 - piers 18' depth at 18" diameter.
Drill 5 - piers 26' depth at 24" diameter.
Drill 4 - piers 34' depth at 24" diameter.      *SEE ATTACHED PIER SCHEDULE*
Drill 3 - piers 20' depth at 24" diameter.          *DATED 5/18/06*
Drill 6 - piers 17' depth at 24" diameter.
Drill 4 - piers 14' depth at 24" diameter.

Set rebar cages in piers – Note: Rebar cages provided by Goodrum.
Place concrete into piers via large concrete boom pump.
Concrete supplied by Goodrum.

Dig footings for foundation stem walls with backhoe – Note: Retaining wall footings by
others. Normal drilling exclusions as part of agreement.
*Lus/minus OF* Extra depth as stated per pier as per plan price includes drilling and concrete but no
allowance for steel - $6.00 per foot.

All drilling will be as per survey, not responsible for any damage or deviations away
from survery.

New Price is subject to field verifications on plus or minus concrete, volume prices and
plus boom truck after 3 pours 125.00 hr., 4 hr minimum 2.25 yd concrete.
Steel Price also to be plus or minus.

*PLUS/MINUS ON STEEL PER PIER AS PER ATTACHED J&J REBAR*



# Todd Goodrum
# Construction

General Contractor

2836 Conbar Court
Sacramento, CA 95826
Cal Lic# 794864

Todd Goodrum Construction is responsible for all scheduling to Thomas Bangs, including but not limited to inspections by the City of Vallejo, Civil engineering inspections by Phillippie Engineering, Soils inspections by Earthsystems and/or any other inspections required by the City of Vallejo or any other enforcement jurisdictions necessary for the completion of this contract.

Cave ins would require extra work order.

"Time is of the Essence Clause" Todd Goodrum Construction agrees to actively start construction towards completion of this contract no later than 10 working days after the signing of this contract and to work diligently with a crew of no less than six full time employees for a minimum of 40 hrs per work week until this contract is complete which shall be a maximum of 75 calendar days. Jela Investments Inc. shall have the option on the 76th calendar day to complete the contract from this day forth and deduct all costs necessary to do so from the contract amount.

**NOTE:** Normal drilling exclusions exist: Subsurface man made or backfill with debris which impedes drilling will be removed as an extra. This includes pipes, concrete, electrical conduit or underground services left in place.

If contaminated material is encountered it will be handled at time and material cost. Additional drilling depth, if required by soils engineer, at stated cost.

**NOTE:** Heavy rock not indicated on spoils report will be drilled on a time and material cost.

Demo and access clearances by others.

Pad cutting compaction certification by others.

Construction Period: ~~95~~ 75 days approximately

Project cost - $256,000.00

Terms:

| | |
|---|---|
| 1. Mobilize – Commence Work | $27,675.00 |
| 2. Steel Delivery | $90,000.00 |
| 3. Steel Cages Set & Poured | $90,000.00 |
| 4. Retaining Walls & Footings | $35,000.00 |
| 5. Completion | $13,325.00 |

Subject to Bank Authorization.

ACCEPTANCE OF PROPOSAL - The prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____    Date 5|16|06
Signature _____    Date 5-16-0{

Signatur Thom P Bang                    5/16/06

tg000029jdblaw

# *J.P.B.*

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville _____ Napa

05/10/06

## GREGORY FOUNDATION PIERS/WALL PIERS

**RETAINING WALLS :**

| PIER DEPTH | QUANTITY | SIZE |
|---|---|---|
| 1. 20' | 1 | 24" |
| 2. 22' | 2 | 24" |
| 3. 24' | 2 | 24" |
| 4. 26' | 2 | 24" |
| 5. 28' | 4 | 24" |
| 6. 30' | 2 | 24" |
| 7. 32' | 2 | 24" |
| 8. 34' | 4 | 24" |
| 9. 36' | 2 | 24" |
| **TOTAL** | **21** | |

*JPB 5/16/06*

**HOUSE FOUNDATION :**

| PIER DEPTH | QUANTITY | SIZE |
|---|---|---|
| 1. 20' | 12 | 16" |
| 2. 22' | 9 | 16" |
| 3. 24' | 8 | 16" |
| 4. 26' | 5 | 16" |
| 5. 28' | 10 | 16" |
| 6. 30' | 10 | 16" |
| 7. 32' | 19 | 16" |
| 8. 34' | 5 | 16" |
| **TOTAL** | **78** | |

P.O. Box 569
Placerville, CA., 95667
(530) 626-7296



**J. J. RE-BAR CORPORATION**

P.O. Box 276028
Sacramento, CA 95827-6028
Phone (916) 381-4680
Fax (916) 381-5650

| | |
|---|---|
| **Drilled Piers @ Non-Retain Wall** | **$ 15.00/lf** |
| **4' Retain Wall Pier Type** | **$ 20.00/lf** |
| **6' Retain Wall Pier Type** | **$ 25.00/lf** |
| **8' Retain Wall Pier Type** | **$ 35.00/lf** |
| **10-6' Retain Wall Pier Type** | **$ 45.00/lf** |
| **12-6' Retain Wall Pier Type** | **$ 55.00/lf** |

*TPB 5/16/06*

*JJ 5/16/06*



*City of Sacramento*
*Small Business*
*#JJR5A*

*"Woman Business Owned"*
5643 FLORIN-PERKINS RD.   SACRAMENTO, CA 95828
*Est. 1974*

*State of California*
*Small Business*
*#18716*



tg000031jdblaw



# Todd Goodrum
# Construction

General Contractor

~~2836 Conbar Court~~ 2905 MUIR WAY
Sacramento, CA 95826  SACRAMENTO, CA 95818
Cal Lic# 794864
~~916-381-9353~~
916 662-0080
FAX 916 443 0220

TAX I.D. # 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

TODD M. GOODRUM

# *J.P.B.*

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville _____ Napa

## "Construction Bank Draw Policy"

The construction of the Gregory project will be paid for through an owner obtained construction loan with Wells Fargo Bank. This letter is to inform you of this and make you aware of the payment policies.

Wells Fargo requires all billing invoices of work. We will submit all completed invoices by the 25th of the month. Submittal ,approval, and disbursements of approved invoices are estimated to take 1-2 weeks.

If your contract requires "up-front" materials expenses costs, we can submit those to the bank with the invoice for payment and in most cases will get approval and disbursement.

Thank you for your attention to this matter,

_____          5/16/06

Thomas P. Bangs                                              Date

We have read and accept the above :

_____          5-15-06

Business name

_____          5-15-06

Owner or agent for                                        Date

P.O. Box 569
Placerville, CA., 95667
(530) 626-7296

tg000033jdblaw



# *T.P.B.*

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville _____ Napa

## "CAL/O.S.H.A.  SAFETY REGULATIONS POLICY"
(California Occupational Safety and Health)

The undersigned of this policy acknowledges and accepts full responsibility for the following :

1.  We have read and are fully aware of all of O.S.H.A.'s regulations and policies that are currently in force for the construction industry which are applicable to our completion of our contract with T.P.B. Signature Homes.

2.  We fully hold T.P.B. Signature Homes and the property owner harmless from fines, fees, and all costs  imposed by any governing agency including O.S.H.A. or anyother for any penalties or any other non-compliance of the O.S.H.A. regulations and policies for our work on this said project.

This policy is exclusively for the following project :

Gregory Residence
1789 Durrow Ct.
Lot # 15, Hiddenbrooke Subdivision
Vallejo, CA.

Todd Goodrum Construction                    5-15-06

Name of your business                         Date

Todd Goodrum                                  5-15-06

Name of owner or agent for                    Date

P.O. Box 569
Placerville, CA., 95667
(530) 626-7296

tg000034jdblaw



# *T.P.B.*

---------- **SIGNATURE HOMES** ----------

A Division of **Jela** Investments Inc.

Design / Construction / Development

CA. Lic. # 435541

Placerville                                                                                                    Napa

## "On-Site Construction Trash & Debris Policy"

The City of Vallejo and the Hiddenbrooke Homeowner's Association have very strict policies regarding the debris and/or trash generated from construction in their jurisdictions. They will impose stringent fines and penalties for the improper disposal and clean up of all trash and/or debris generated at the construction site. This letter/policy is to make you aware of this and to abide by these policies. If you would like a complete copy of the policy please contact the City of Vallejo. We have read and agree to the following :

     All of our construction trash and/or debris generated for the completion of our contract on this project shall be recylcled as per City of Vallejo and T.P.B. Signature Homes enforcement. We agree to separate and deposit our trash into the appropriate containers on-site which will be taken to the recylce center. We agree to pay reasonable back-charges to T,P,B. Signature Homes in the event we do not deposit our trash and/or debris in the appropriate containers at the end of each workday. We agree to pay for any fines and/or penalties if imposed due to our construction trash and/or debris is not deposited into the appropriate recycle container daily.

This policy is exclusively for the following project :
    Gregory Residence
    1789 Durrow Ct.
    Lot # 15, Hiddenbrooke Subdivision
    Vallejo, CA.

Name of your business                                                      Date

Name of owner or agent for                                            Date

P.O. Box 569
Placerville, CA., 95667
(530) 626-7296

tg000035jdblaw

EXHIBIT

1   JAMES DAL BON
    CA BAR #157942
2   LAW OFFICES OF JAMES DAL BON
    28 NORTH 1ST STREET SUITE 210
3   SAN JOSE, CA95113
    (408)297-4729
4   ATTORNEY FOR PLAINTIFFS

5

                    UNITED STATES DISTRICT COURT
6
                            FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9   JOSE GONZALEZ MANRIQUEZ, ALDO          )  Case No: C07-03442 CW
    BACENAS, JAVIER VALLEJO RENTERIA,      )
10  AMADOR MARTINEZ GONZALEZ,              )  SECOND COMPLAINT FOR DAMAGES
    FERNANDO CABREA GUZMAN,                )  AND DEMAND FOR JURY TRIAL:
11  ELIAZARB ROJAS BLANCAS,                )     1)  Violation of California Labor Code
    ALEJANDRO SANCHEZ MALDONADO,           )         Section 510;
12  JUAN CARRILLO, SALAVADOR               )     2)  Violations of the Federal Fair Labor
    RENTERIA and EDDY SAUL RAMOS,          )         Standards Act;
13                                         )     3)  Violation of California Business and
                  Plaintiffs,             )         Professions Code Section 17200; and
14            vs.                          )     4)  Violation of California Labor Code
                                           )         Section 201;
15                                         )     5)  Violation of California Labor Code
    TODD GOODRUM dba TODD GOODRUM          )         Section 226;
16  CONSTRUCTION, and GOODRUM              )     6)  Violation of California Labor Code
    BUILDERS, JELA INVESMENTS INC. dba     )         Section 226.7; and
17  TPB SIGNATURE HOMES, THOMAS            )     7)  Breach of Employment Contract.
    BANGS, JOHN GOODRUM dba                )
18  GOODRUM BUILDERS, and TODD             )
    GOODRUM CONSTRUCTION, PLATTE           )
19  RIVER INSURANCE COMPANY and DOES       )
    3-10                                   )
20                                         )
                  Defendants              )
21  _____    )

22                      **NATURE OF CLAIM**

23      1.  This is an action on behalf of JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS,

24          JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, SALVADOR

25          GOMEZ RENTERIA, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS

BLANCAS, ALEJANDRO SANCHEZ MALDONADO, EDDY SAUL RAMOS, AND JUAN CARRILLO  who had been employed on an hourly basis by Defendants during the last four years prior to the filing of this Complaint, seeking damages arising from employer's failure to pay overtime as required by the Fair Labor Standards Act and the California Wage Orders and statutes. Plaintiffs seeks compensatory damages for unpaid wages under California Labor Code and Wage Orders, liquidated damages under 29 U.S.C. §216(b), waiting time penalties under California Labor Code § 203, damages for inadequate pay statements under California Labor Code Section 226, and attorney's fees, costs, pre judgment interest pursuant to California Labor Code § 1194(a) and 29 U.S.C. § 216(b), and restitution under California Unfair Trade Practices Act under California Business and Professions Code § 17203.

## SUBJECT MATTER JURISDICTION AND VENUE

2.  This Court is a proper venue, since all events giving rise to this lawsuit have occurred in this district.

3.  Subject matter jurisdiction of this action of this Court is based upon Fair Labor Standards Act, 29 U.S.C. §§201 et. seq. and the pendant jurisdiction of this Court.

## PARTIES

4.  At all times relevant herein, Plaintiffs JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, SALVADOR GOMEZ RENTERIA, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, EDDY SAULRAMOS, AND JUAN CARRILLO  were employees of Defendants TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS.

5.  At all times relevant herein, individual defendant TODD GOODRUM was an individual doing business as TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS.

6.  At all times relevant herein, individual defendant JOHN GOODRUM was an individual doing business as TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS

7.  At all times relevant herein, TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS were a partnerships between Defendants JOHN GOODRUM AND TODD GOODRUM and the employer of all Plaintiffs.

8.  Defendant JELA INVESTMENT INC. is a California Corporation doing business as T.P.B. or T.P.B. SIGNATURE HOMES. JELA is the general contractor who sub-contracted TODD GOODRUM CONSTRUCTION to build the house located on the property located at 1789 Durrow Ct., Vallejo, California ("Construction Project") for which Plaintiffs were not properly paid.

9.  Individual defendants THOMAS BANGS ("BANGS") and Does 1 through 10, inclusive, are liable for the acts of defendant JELA as the alter egos of defendant JELA. Recognition of the privilege of separate existence would promote injustice because these individual defendants have in bad faith dominated and controlled defendant JELA. Plaintiffs is informed and believes, and thereon al1eges, that Defendants Does 1 through 10, inclusive, have:

    a.  Commingled funds and other assets of defendant JELA and their funds and other assets for their own convenience and to assist in evading the payment of obligations;

    b.  Diverted funds and other assets of defendant JELA to other than corporate uses;

    c.  Treated the assets of the defendant JELA as their own;

    d.  Failed to obtain authority to issue shares or to subscribe to issue shares of defendant JELA;

e.  Failed to maintain minutes or adequate corporate records of defendant JELA;

f.  Failed to adequately capitalize or provide any assets to defendant JELA; and

g.  Diverted assets from defendant JELA to themselves to the detriment of creditors, including Plaintiffs and other hourly employees.

## GENERAL ALLEGATIONS

10. At all times relevant herein, Plaintiffs were employees of TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS, as laborers to build the construction project.

11. Plaintiffs were, according to information and belief, employees of TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS  acting in the normal course and scope of employment duties.

12. During the course of Plaintiffs' employment with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS, Plaintiffs regularly worked in excess of 8 hours per day and more than 40 hours per week.

13. Plaintiffs were paid on an hourly basis.

14. Plaintiffs did not perform "exempt" duties in Plaintiffs' positions with TODD GOODRUM CONSTRUCTION and thus were not subject to any exemption under the Fair Labor Standards Act, *29 CFR 541.112, 541.209 and 541.209*. The Plaintiffs were not even marginally responsible for management or administrative functions, and Plaintiffs' primary job did not require Plaintiffs to exercise independent discretion and judgment or regularly require invention or imagination in a recognized field of artistic endeavor more than fifty percent of Plaintiffs' working time.

15. At no time during the Plaintiffs' employment did Plaintiffs maintain any professional license with the state or practice any recognized profession, nor did Plaintiffs exclusively

manage any division of TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS where Plaintiffs customarily and regularly exercised discretionary powers or perform services of management. Plaintiffs did not directly supervise any employees nor did Plaintiffs participate in the development of general administrative policies of TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS.

16. Defendants JELA INVESTMENT INC. AND THOMAS BANGS  and Does 3 and 4 violated California Labor Code §2810 by contracting for construction services to complete the Construction Project when they knew or should have known that the contract did not provide sufficient funds to allow the contractor to comply with all applicable local, state and federal laws or regulations governing the labor or services to be provide. As such JELA and Does 1 and 2 should be liable for all of the causes of action alleged herein pursuant to California Labor Code §2810, sub. G.

## COUNT ONE: VIOLATION OF CA LABOR CODE SECTION §510

## FAILURE TO PROPERLY PAY OVERTIME WAGES

17. Plaintiffs re-allege and incorporate paragraphs 1-16 as if fully stated herein.

18. California Labor Code Section 501, applicable at all times relevant herein to Plaintiffs' employment by Defendants, provides that all employees are entitled to payment at the rate of time and one half for hours in excess of 8 in one day, or 40 hours in one week, and double time for hours in excess of 12 in one day.

19. During the course of employment with Defendants, Plaintiffs regularly worked in excess of 8 hours a day and 40 hours per week, however Defendant's knowingly and willingly failed to pay Plaintiffs overtime wages as required by law.

20. California Labor Code Section 1194 provides that it is unlawful for employers not to make the required overtime payments identified in the preceding paragraph and that employees not paid such payments can recover any monies owed by civil action.

21. Defendants therefore owe Plaintiffs an approximate amount at or above $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS, representing overtime wages not properly paid to Plaintiffs.

22. Defendants have failed and refused and continue to fail and refuse to pay Plaintiffs the amount owed.

23. Defendants' failure to pay Plaintiffs the required sum violates the provisions of Labor Code Sections 510 and 1194 and is therefore unlawful.

24. Pursuant to Labor Code Section 1194(a), Plaintiffs requests that the court award Plaintiffs reasonable attorney's fees and costs incurred by him in this action.

## COUNT TWO: VIOLATION OF THE FAIR LABOR STANDARDS ACT
## FAILURE TO PROPERLY PAY OVERTIME WAGES

25. Plaintiffs re-allege and incorporate paragraphs 1-24 as if fully stated herein.

26. At all relevant times herein, Plaintiffs' employment was subject to the provisions of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201, et seq. and Plaintiffs was an individual employee covered by virtue of Plaintiffs' direct engagement in interstate commerce.

27. The FLSA, 29 U.S.C. § 207 requires all employees to be paid overtime for work performed in excess of forty hours per week, unless specifically exempted by the law.

28. Although Plaintiffs were not so exempt during employment with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS, defendants knowingly caused and permitted Plaintiffs to regularly work in excess of forty hours per week without paying Plaintiffs one and one half of Plaintiffs' regular rate of pay.

29. By not paying overtime wages in compliance with the FLSA, defendants violated Plaintiffs' rights under the FLSA.

30. As a direct and proximate result of defendants' failure to pay proper wages under the FLSA, Plaintiffs incurred general damages in the form of lost overtime wages.

31. Defendants intentionally, with reckless disregard for their responsibilities under the FLSA, and without good cause, failed to pay Plaintiffs proper wages, and thus defendants are liable to Plaintiffs for liquidated damages in an amount equal to lost overtime wages, pursuant to 29 U.S.C. § 216(b) of the FLSA.

32. Defendants therefore owe Plaintiffs approximately $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS representing the amount of overtime not properly paid to Plaintiffs.

33. Plaintiffs were required to retain legal assistance in order to bring this action and, as such, are entitled to an award of reasonable attorney's fees pursuant to 29 U.S.C. § 216(b) of the FLSA.

### COUNT THREE: VIOLAITON OF CA LABOR CODE SECTION 201
### FAILURE TO PAY WAGES DUE AND "WAITING TIME" PENALTIES

34. Plaintiffs re-allege and incorporate the allegations of paragraphs 1-33 as if fully stated herein.

35. At the time Plaintiffs' employment with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS was terminated, defendant's owed Plaintiffs certain unpaid overtime wages in amounts previously alleged.

36. Failure to pay wages owed at an employee's termination as required by Labor Code §201 subjects the employer the payment of a penalty equaling up to 30 days wages, as provided for in Labor Code § 203.

37. As of this date, Defendants have failed and refused, and continue to fail and refuse, to pay the amount due, thus making defendants liable to Plaintiffs for penalties equal to thirty (30) days wages, an amount totaling approximately $8,400.00 to JOSE GONZALEZ MANRIQUEZ, $3,120.00 to ALDO BACENAS, $3,600.00 to JAVIER VALLEJO RENTERIA, $3,600.00 to AMADOR MARTINEZ GONZALEZ, $4,800.00 to FERNANDO CABREA GUZMAN, $3,120.00 to ELIAZARB ROJAS BLANCAS, $3,120.00 to ALEJANDRO SANCHEZ MALDONADO, $3,120.00 to JUAN CARRILLO, $3,600.00 to SALVADOR RENTERIA, and $3,120.00 to EDDY SAUL RAMOS.

38. Pursuant to Labor Code Section 218.5, Plaintiffs request that the court award Plaintiffs reasonable attorney's fees and costs incurred in this action.

39. Pursuant to Labor Code Section 218.6, Plaintiffs requests that the court award interest on all due and unpaid wages, at the legal rate specified by Civil Code Section 3289(b), accruing from the date the wages were due and payable.

**COUNT FOUR: VIOLATION OF CA BUSINESS AND PROFESSIONS CODE SECTION 17200 UNFAIR BUSINESS PRACTICES**

40. Plaintiffs re-allege and incorporate the allegations of paragraphs 1-39 as if fully stated herein.

41. At all times relevant herein, Plaintiffs' employment with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS was subject to the California Labor Code and applicable Wage Orders promulgated by the California Industrial Welfare Commission, which required all employees to be paid overtime for work performed in excess of forty hours per week or eight hours per day, unless specifically exempted by law.

42. At all times relevant herein, as the employer of Plaintiffs, defendants were subject to the California Unfair Trade Practices Act (California Business and Professions Code § §17000 et seq.), but failed to pay the Plaintiffs overtime pay as required by applicable California Labor Code and applicable Wage Orders.

43. During the period Plaintiffs was employed with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS, defendants failed to pay Plaintiffs legally required overtime pay to which Plaintiffs were legally entitled, with defendants keeping to themselves the amounts which should have been paid to Plaintiffs.

44. In doing so, defendants violated California Unfair Trade Practices Act, Business and Professions Code §17200, et seq. by committing acts prohibited by applicable California Labor Code provisions, California Wage Orders, and the FLSA, thus giving them a competitive advantage over other employers and businesses with whom defendants were in competition and who were in compliance with the law.

45. As a direct and proximate result of defendants' violations and failure to pay the required overtime pay, the Plaintiffs' rights under the law were violated and the Plaintiffs incurred general damages in the form of unpaid wages in an approximate amount at or above

$2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS.

46. Defendants had been aware of the existence and requirements of the Unfair Trade Practices Act and the requirements of State and Federal wage and hour laws, but willfully, knowingly, and intentionally failed to pay Plaintiffs overtime pay due.

47. Plaintiffs, having been illegally deprived of the overtime pay to which Plaintiffs were legally entitled, herein seek restitution of such wages pursuant to the Business and Professions Code §17203 in the approximate amount of $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS.

**COUNT FIVE: VIOLATION OF CALIFORNIA LABOR CODE SECTION 226**

**INADEQUATE PAY STATEMENTS**

48. Plaintiffs re-allege and incorporate the allegations of paragraphs 1-47 as if fully stated herein.

49. California Labor Code Section 226 provides that all employers shall provide to employees accurate and complete wage statements including, but not to limited to, an accurate and current statement of all rates paid for all regular and overtime hours worked during the pay-period, a complete and itemized statement of deductions, net wages

earned, the dates fir which payment is being made, any and all applicable piece rates, and the current address and name of the employer.

50. California Labor Code Section 226 further provides that any employee suffering injury due to a willful violation of the aforementioned obligations may collect the greater of either actual damages or 50$ for the first inadequate pay statement and 100$ for each inadequate statement thereafter.

51. During the course of Plaintiffs' employment, defendants consistently failed to provide Plaintiffs with adequate pay statements as required by California Labor Code §226.

52. Defendants failed to provide such adequate statements willingly and with full knowledge of their obligations under Section 226.

53. Defendants' failure to provide such adequate statements has caused injury to the Plaintiffs.

54. Plaintiffs are therefore legally entitled to recover $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS in actual damages caused by defendants' failure to provide proper records.

55. Plaintiffs have incurred costs and fees in bringing this action and seek to recover such costs and fees under California Labor Code §226.

## COUNT SIX: FAILURE TO PROVIDE MEAL / REST PERIODS
## CALIFORNIA LABOR CODE SECTION 226.7

56. Plaintiffs re-allege and incorporate the allegations set forth in paragraphs 1-55 as if fully stated herein.

57. At all time relevant herein, Plaintiffs employment with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS was subject to California Labor Code Section 226.7 which requires employers to provide employees a ten-minute rest period for every four hours worked and a thirty-minute meal break for every five hours worked, unless expressly exempted.

58. During their employments with TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS Plaintiffs worked at least 11 hours per day and were not provided with any meal or rest periods as required by law.

59. For each time Plaintiffs were not provided with the proper meal and/or rest periods they are entitled to recover one additional hour of pay at their regular rate pursuant to §226.7.

60. Plaintiffs are therefore entitled to recover approximately $1,470.00 to JOSE GONZALEZ MANRIQUEZ, $546.00 to ALDO BACENAS, $630.00 to JAVIER VALLEJO RENTERIA, $630.00 to SALVADOR GOMEZ RENTERIA, $630.00 to AMADOR MARTINEZ GONZALEZ, $840.00 to FERNANDO CABREA GUZMAN, $546.00 to ELIAZARB ROJAS BLANCAS, $546.00 to ALEJANDRO SANCHEZ MALDONADO, $546.00 to JUAN CARRILLO, and $546.00 to EDDY SAUL RAMOS.

61. Plaintiffs have incurred costs and fees in bringing this action and seek to recover such costs and fees under California Labor Code §218.5 and §218.6.

**COUNT SEVEN: BREACH OF EMPLOYMENT CONTRACT**

62. Plaintiffs re-allege and incorporate paragraphs 1-61 as if fully stated herein.

63. Plaintiffs allege that the defendant TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS had promised to pay them certain wages for the services performed.

64. Defendant TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS has failed to pay to Plaintiffs any of the promised wages even though Plaintiffs have fully performed all of their obligations per the employment contract.

65. As a direct and proximate result of the breach by defendant TODD GOODRUM AND JOHN GOODRUM dba TODD GOODRUM CONSTRUCTION  and GOODRUM BUILDERS Plaintiffs have suffered damages in the form of lost wages in the approximate amounts of $16,170.00 to JOSE GONZALEZ MANRIQUEZ, $6,006.00 to ALDO BACENAS, $6,930.00 to JAVIER VALLEJO RENTERIA, $6,930.00 to AMADOR MARTINEZ GONZALEZ, $9,240.00 to FERNANDO CABREA GUZMAN, $6,006.00 to ELIAZARB ROJAS BLANCAS, $6,006.00 to JUAN CARRILLO, $6,930 to SALVADOR GOMEZ RENTERIA, $6,006.00 to ALEJANDRO SANCHEZ MALDONADO, and $6,006.00 to EDDY SAUL RAMOS.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs prays for the following relief:

66. For compensatory damages per CA Labor Code §1194 for unpaid overtime wages in the amount of approximately $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS;

67. For liquidated damages per the FLSA equal to unpaid overtime wages in the amount of approximately $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR

MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS;

68. For restitution of unpaid overtime pay pursuant to California Business and Professions Code §17203 in the amount of approximately $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR RENTERIA and $1,183.00 to EDDY SAUL RAMOS;

69. For waiting time penalty damages of thirty days wages to Plaintiffs, pursuant to California Labor Code § 203 in the amount of approximately $8,400.00 to JOSE GONZALEZ MANRIQUEZ, $3,120.00 to ALDO BACENAS, $3,600.00 to JAVIER VALLEJO RENTERIA, $3,600.00 to AMADOR MARTINEZ GONZALEZ, $4,800.00 to FERNANDO CABREA GUZMAN, $3,120.00 to ELIAZARB ROJAS BLANCAS, $3,120.00 to ALEJANDRO SANCHEZ MALDONADO, $3,120.00 to JUAN CARRILLO, $3,600.00 to SALVADOR RENTERIA, and $3,120.00 to EDDY SAUL RAMOS;

70. For approximately $2,945.00 to JOSE GONZALEZ MANRIQUEZ, $1,183.00 to ALDO BACENAS, $1,365.00 to JAVIER VALLEJO RENTERIA, $1,365.00 to AMADOR MARTINEZ GONZALEZ, $1,820.00 to FERNANDO CABREA GUZMAN, $1,183.00 to ELIAZARB ROJAS BLANCAS, $1,183.00 ALEJANDRO SANCHEZ MALDONADO, $1,183.00 to JUAN CARRILLO, $1,365.00 to SALVADOR

RENTERIA and $1,183.00 to EDDY SAUL RAMOS in damages for inadequate pay statements pursuant to California Labor Code Section 226;

71. For approximately $1,470.00 to JOSE GONZALEZ MANRIQUEZ, $546.00 to ALDO BACENAS, $630.00 to JAVIER VALLEJO RENTERIA, $630.00 to AMADOR MARTINEZ GONZALEZ, $840.00 to FERNANDO CABREA GUZMAN, $546.00 to ELIAZARB ROJAS BLANCAS, $546.00 to ALEJANDRO SANCHEZ MALDONADO, and $546.00 to EDDY SAUL RAMOS for employer's failure to provide meal and rest breaks required by California Labor Code §226.7;

72. For approximately $16,170.00 to JOSE GONZALEZ MANRIQUEZ, $6,006.00 to ALDO BACENAS, $6,930.00 to JAVIER VALLEJO RENTERIA, $6,930.00 to AMADOR MARTINEZ GONZALEZ, $9,240.00 to FERNANDO CABREA GUZMAN, $6,006.00 to ELIAZARB ROJAS BLANCAS, $6,006.00 to JUAN CARRILLO, $6,930 to SALVADOR GOMEZ RENTERIA, $6,006.00 to ALEJANDRO SANCHEZ MALDONADO, and $6,006.00 to EDDY SAUL RAMOS for breach of employment contract by failure to pay any wages due.

73.

74. For pre-judgment interest of 10% on the unpaid overtime compensation and unpaid salaries pursuant to California Labor Code §1194(a);

75. Plaintiffs asks the court to award reasonable attorney's fees pursuant to California Labor Code §1194(a) and 29 U.S.C. §216(b) of the FLSA;

76. For costs of suit herein; and

77. For such other and further relief as the Court may deem appropriate.

Friday, March 07, 2008

JAMES DAL BON
LAW OFFICES OF JAMES
DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel.: (408) 292-1040
Fax.: (408) 292-1045

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, ALDO
BACENAS, JAVIER VALLEJO RENTERIA,
AMADOR MARTINEZ GONZALEZ,
FERNANDO CABREA GUZMAN,
ELIAZARB ROJAS BLANCAS,
ALEJANDRO SANCHEZ MALDONADO,
JUAN CARRILLO, SALAVADOR
RENTERIA and EDDY SAUL RAMOS,

       Plaintiffs,

    vs.

TODD GOODRUM dba TODD GOODRUM
CONSTRUCTION,  JELA INVESMENTS
INC. dba TPB SIGNATURE HOMES,
THOMAS BANGS, JOHN GOODRUM dba
GOODRUM BUILDERS, and TODD
GOODRUM CONSTRUCTION, PLATTE
RIVER INSURANCE COMPANY and DOES
1-10

       Defendants

Case No: C07-03442 CW

PLAINTIFF DEMANDS A JURY TRIAL

PLAINTIFF DEMANDS A JURY TRIAL.