JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

Tel (408)297-4729
Fax (408)297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUE ET AL<br>      Plaintiffs,<br>vs.<br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION ET AL<br>      Defendants | Case No.: C07-03442 CW<br><br>PROPOSED ORDER |

IT IS SO ORDERED:

1) The Plaintiff dismisses Byron Gregory as a Defendant to the Complaint with prejudice.

2) The Plaintiff dismisses Judith Gregory as a Defendant to the Complaint with prejudice.

3) The Court dismisses Oscar Rodriguez as a Defendant to the complaint under Federal Rule of Civil Procedure 4(m)

4) The Plaintiff adds John Goodrum as a Defendant to the complaint.

5) The Plaintiff adds Goodrum Builders as a Defendant to the complaint.

6) The Plaintiff adds Surety Pacific Insurance Company as a Defendant to the complaint.

7) Plaintiffs to file the Second Amended Complaint with the aforementioned changes attached as Ex 6

8) The case is transferred to the Eastern District United States Court Northern California.

1

Case No.: C07-03442

**Amend the Complaint**

1
2   9)   Plaintiff has an additional ninety days to serve Defendant Todd Goldrum.

3

4   Dated:

5

6   _____
    United States District Court Judge
7   Honorable Claudia Wilken

2

Case No.: C07-03442

**Amend the Complaint**