**PROOF OF SERVICE**

       I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 28 North First Street, suite 210, San Jose, CA 95113.

       On the date hereof, I personally served the following in a sealed envelope and by OVERNIGHT MAIL, containing following document(s):

**MOTION TO AMEND COMPLAINT TRANSFER VENUE AND EXTEND SERVICE.**

       At the following address:

Douglas R. Roeca
Attorney at Law
3062 Cedar Ravine Road
Placerville, CA 95667

       I declare that the under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Dated March 7, 2008                                By _____s/jdb_____

1

INTERROGATORIES