**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUEZ, et al., | No. C 07-03442 CW |
|     Plaintiffs, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
|   v. | |
| TODD GOLDRUM, et al., | |
|     Defendants. / | |

    Notice is hereby given that the case management conference, previously set for March 18, 2008, is continued to April 17, 2008, at 2:00 p.m., to be heard along with Plaintiffs' Motion to Amend Complaint, Transfer Venue, and Extend Time to Serve Todd Goldrum, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 3/12/08

                                        *Sheilah Cahill*
                                        SHEILAH CAHILL
                                        Deputy Clerk