NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| JOSE GONZALEZ MANRIQUEZ, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | 07-03442 CW |
| TODD GOODRUM DBA TODD GOODRUM CONSTRUCTION, ET AL Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
FIRST AMENDED SUMMONS; FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE RE: CASE MANAGEMENT CONFERENCES AND PRETRIAL CONFERENCES; STANDARD ORDER FOR ALL JUDGES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER OF THE CHIEF JUDGE; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHDULES; DIRSTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : THOMAS BANGS

    By Serving      : Thomas Bangs

    Address         : ( Home )

                      2520 Patti Court
                      Placerville. Ca 95667
    Date of Service : November 9, 2007

    Time of Service : 8:00AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 9, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SACRAMENTO                Signature: _____
Number 92007                                      GARI GREENHALGH