**FILED**

MAY - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 23, 2008

**RECEIVED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY /s/_____ DEPUTY CLERK

U.S. District Court,
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 07-03442 CW   JOSE GONZALEZ MANRIQUEZ, ET AL-v-TODD GOLDRUM, ET AL

Dear Clerk,                                                    08-CV-0880 FCD EFB

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒      Certified copy of docket entries.

        ☒      Certified copy of Transferral Order.

        ☒      Original case file documents.

        ☒      Please access the electronic case file for additional pleadings you may need.  See

              the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
Copies to counsel of record